## No. 17,792.

RAY DE VORE, ET AL. *v.* BOOTH ORCHARD GROVE DITCH
COMPANY.

(294 P. [2d] 920)

Decided March 12, 1956.

Mr. J. ARTHUR PHELPS, Mr. JOHN R. WALL, for plaintiffs in error.

Miss VENA POINTER, Messrs. BURRIS & BAUMGARDNER, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.